In the Matter of STATE TAX COMMISSION, Respondent, against HERBERT N. RAWLINS, Appellant.

Submitted May 15, 1939; decided May 23, 1939.

*Mortimer M. Kassell* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion, unless appellant files and serves undertaking on appeal and pays ten dollars costs within ten days, in which event the motion is denied.

EAST RIVER SAVINGS BANK, Respondent, *v.* 671 PROSPECT AVENUE HOLDING CORPORATION et al., Defendants, and GUSSIE HUTT, Appellant.

Submitted May 15, 1939; decided May 23, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 280 N. Y. 342.)